

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York  10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-8-07

October 29, 2007

BY HAND

The Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

    Re:   **United States v. Borbon and Santana,**
         **07 Cr. 986 (WHP)**

Dear Judge Pauley:

    On October 26, 2007, this case was assigned to Your Honor.  A pretrial conference has been set by Your Honor for Friday, November 9, 2007, at 3:30 p.m.  Enclosed please find a copy of the Indictment and Complaint for Your Honor's files.

    The Government respectfully requests that the Court exclude time from today until November 9, 2007, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A).  The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the Government to produce discovery and continue the appropriate discussions regarding a possible disposition of this case.  John Byrnes, Esq., counsel for the Mohsin, consents to this request for the exclusion of time.

    Respectfully submitted,

    MICHAEL J. GARCIA
    United States Attorney

By: /s/ Benn
    Benjamin A. Naftalis
    Assistant United States Attorney
    (212) 637-2456

*Application Granted.*

SO ORDERED:

/s/ William H. Pauley III
WILLIAM H. PAULEY III U.S.D.J.
10-30-07

cc:  John Byrnes, Esq. (by hand)