**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-8-08

January 4, 2008

**BY FACSIMILE**

The Honorable William H. Pauley III
United States District Judge
Southern District of New York
Foley Square
New York, New York  10007

  Re:  <u>United States v. Borbon and Santana</u>,
     07 Cr. 986 (WHP)

Dear Judge Pauley:

  A pretrial conference has been set by Your Honor for February 1, 2008, at 2:00 p.m.  <u>The Government respectfully requests that the Court exclude time from today until February 1, 2008, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A)</u>.  The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow Borbon's new trial counsel to review discovery and permit the Government to continue the appropriate discussions regarding a possible disposition of this case.  <u>Defense counsel consents to this request for the exclusion of time.</u>

             Respectfully submitted,

             MICHAEL J. GARCIA
*Application Granted.*       United States Attorney

**SO ORDERED:**

           By:  *Ben*
WILLIAM H. PAULEY III U.S.D.J.   Benjamin A. Naftalis
  *1-4-08*        Assistant United States Attorney
           Tel. No.: (212) 637-2456

cc: James Michael Lenihan, Esq. (by fax, 914-682-0585)
   Dawn Cardi, Esq. (by fax, 212-684-3008)